AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00124 |
| Matthew Matulich | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 4/9/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRAN |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Matthew Matulich__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641 (Theft of Government Property);
18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority);
18 U.S.C. § 1752(a)(2) (Disorderly Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(B) (Entering or Remaining in the Gallery of Either House of Congress);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: __04/09/2024__     _Zia M. Faruqui_
*Issuing officer's signature*

City and state: __Washington, D.C.__     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __04/25/2024__, and the person was arrested on *(date)* __04/25/2024__
at *(city and state)* __Venice, LA__.

Date: __04/25/2024__    _Justin Lilia_
*Arresting officer's signature*

__Justin Lilia, Special Agent__
*Printed name and title*